# EXHIBIT "B"

FILED: QUEENS COUNTY CLERK 05/29/2019 10:55 AM
NYSCEF DOC. NO. 3
Case 1:19-cv-04734-DLI-SMG   Document 7-3   Filed 09/13/19   Page 2 of 3 PageID #: 62
INDEX NO. 707514/2019
Job #: 172473
RECEIVED NYSCEF: 05/29/2019

Attorney: ANDERSON KILL, P.C. PH: (212) 278-1000
Address: 1251 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020-1182

MEGA FUNDING CORP.,

Plaintiff

vs

PEA CAB CORP., ETAL.,

Defendant

Index Number: 707514/2019
Date Filed: 05/10/2019
Client's File No.:
Court Date:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**SCHADRAC LAGUERRE**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/23/2019**, at **2:09 PM** at: **199-56 21st STREET, WHITESTONE, NY 11357** Deponent served the within **Notice of Electronic Filing, Summons, Notice of Motion For Summary Judgment in Lieu of Complaint and Memorandum of Law in Support of Plaintiff's Motion For Summary Judgment in Lieu of Complaint**

On: **PERSEFONE MANDELOS a/k/a PERSEFONE C. MANDELOS**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Steve (Co-Tennant) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 05/24/2019, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, **199-56 21st STREET, WHITESTONE, NY 11357** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male        Color of skin: White        Color of hair: Black    Glasses:
Age: 36-50      Height: 5ft 4in - 5ft 8in                  Weight: 131-160 Lbs.        Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 05/24/2019

JAY BRODSKY
Notary Public State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2023

SCHADRAC LAGUERRE
2026030-DCA

ABC Process Serving Bureau Inc., 225 Broadway, Suite 2950, New York, NY 10007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

Job #: 172472

Attorney: ANDERSON KILL, P.C. PH: (212) 278-1000
Address: 1251 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020-1182

MEGA FUNDING CORP.,

*Plaintiff*

vs

PEA CAB CORP., ETAL.,

*Defendant*

Index Number: 707514/2019
Date Filed: 05/10/2019
Client's File No.:
Court Date:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**SCHADRAC LAGUERRE**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/23/2019**, at **2:09 PM** at: **199-56 21st STREET, WHITESTONE, NY 11357** Deponent served the within Notice of Electronic Filing, Summons, Notice of Motion For Summary Judgment in Lieu of Complaint and Memorandum of Law in Support of Plaintiff's Motion For Summary Judgment in Lieu of Complaint

On: **PEA CAB CORP**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (Managing Agent) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Steve personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Managing Agent thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male          Color of skin: White          Color of hair: Black          Glasses:
Age: 36-50         Height: 5ft 4in - 5ft 8in                  Weight: 131-160 Lbs.         Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 05/24/2019

JAY BRODSKY
Notary Public State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2023

SCHADRAC LAGUERRE
2026030-DCA

ABC Process Serving Bureau Inc., 225 Broadway, Suite 2950, New York, NY 10007

1 of 1