# EXHIBIT "C"

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

**PERSEFONE MANDELOS,**

                 **Debtor.**

Chapter 13

Case No. 19-43618 (CEC)

### ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, on June 12, 2019, Persefone Mandelos (the "**Debtor**"), filed a voluntary petition under Chapter 13 of Title 11 of the United States Code ("**Bankruptcy Code**" or the "**Code**");

**WHEREAS**, on August 12, 2019, the Debtor, through her attorneys, Morrison Tenenbaum PLLC, filed a Motion for Voluntary Dismissal and now seeks the entry of an order dismissing this case pursuant to section 1307(b) of Title 11 of the Bankruptcy Code, and; now it is therefore

**ORDERED**, that the Debtor's Chapter 13 petition, Case No. 19-43618 (CEC) is hereby **DISMISSED** pursuant to section 1307(b) of the Bankruptcy Code.



Dated: Brooklyn, New York
August 12, 2019

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**